**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7568**

———————————

RICHARD WADE KENDRICK,

                              Petitioner - Appellant,

        versus

RON ANGELONE,

                              Respondent - Appellee.


———————————

**No. 95-7576**

———————————

RICHARD WADE KENDRICK,

                              Petitioner - Appellant,

        versus

RON ANGELONE,

                              Respondent - Appellee.


———————————

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-363-R, CA-95-459-R)

———————————

Submitted:  November 28, 1995       Decided:  March 19, 1996

———————————

Before WIDENER, MURNAGHAN, and NIEMEYER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard Wade Kendrick, Appellant Pro Se.  Robert Beman Beasley, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (1988) petitions. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeals on the reasoning of the district court. Kendrick v. Angelone, Nos. CA-95-363-R; CA-95-459-R (W.D. Va. Sept. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED